IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>FREDDIE 1. GRAVES | Magistrate No.<br>1:24-MJ-439-CMS |

### Government's Motion for Leave to File Dismissal

It appearing in the above-styled case, that by the authority of the undersigned, the Central Violations Bureau Notices, E1846479, E1846480, and E1846481 filed May 14, 2024, are dismissed as to FREDDIE 1. GRAVES without prejudice and Movant prays leave of Court to file the same pursuant to Federal rule of Criminal Procedure 48(a).

Respectfully submitted,

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

*Phyllis Clerk*
By: Phyllis Clerk
*Assistant United States Attorney*
Georgia Bar No. 095325
Phyllis.Clerk@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 25 2025

Kevin P. Weimer, Clerk
By: _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FREDDIE l. GRAVES | Magistrate No.<br><br>1:24-MJ-439-CMS |

**Order**

Now, to-wit, on the 25th day of March, 2025, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE